UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE D. JONES,<br>　　　　　Petitioner,<br>　　v.<br>A. HEDGPATH, WARDEN KSVP II,<br>　　　　　Respondent. | No. 5:08-cv-01290-FMC-FFM<br><br>JUDGMENT |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  October 1, 2008

_____
FLORENCE-MARIE COOPER
United States District Judge